# STATE OF MICHIGAN

# COURT OF APPEALS

---

ESTATE OF KENNETH GENE OWENS, by
ROBIN M. OWENS, Personal Representative,

        Plaintiff-Appellee,

v

MANTHA MANAGEMENT GROUP, INC.,
doing business as TIM HORTON'S OF
WATERFORD,

        Defendant-Appellant,

and

MECO PROPERTY MAINTENANCE, INC.,
LEONARD C. CARNAGHI, INC., NAGLE
PAVING COMPANY, THD DONUT
DELAWARE, INC., and TIM DONUTS US
LIMITED, INC.,

        Defendants.

UNPUBLISHED
June 28, 2018

No. 338392
Oakland Circuit Court
LC No. 2016-152752-NO

---

Before: MURPHY, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. (*concurring*).

        I concur with the majority's reasoning regarding causation and the result of the opinion on that basis. However, I decline to join with the remainder of the majority's opinion.

                                       /s/ Amy Ronayne Krause